DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILSON H. SHAFER, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-1432

[August 31, 2023]

Appeal of order denying rule 3.850 from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 432018CF001138A.

Wilson H. Shafer, Jr., Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and DAMOORGIAN, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***